IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

DEBRA POWERS,

    Plaintiff,

    v.

Case No. 20-cv-0254-bhl

ANDREW M. SAUL,
COMMISSIONER FOR SOCIAL SECURITY,

    Defendants.

## ORDER

    This matter is before the Court on the parties' Joint Stipulation and Motion to Remand for Further Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g), and the Court being duly advised, now grants the motion.

    **IT IS HEREBY ORDERED:** this case be remanded to the agency pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings and that judgment be entered pursuant to Federal Rule of Civil Procedure 58. Upon receipt of the Court's order, the Appeals Council will remand the matter to an administrative law judge with instructions to: offer Plaintiff the opportunity for a new hearing; reevaluate the record; proceed through the sequential evaluation process as needed to reach a decision; if the case proceeds past step three of the sequential evaluation process, reevaluate Plaintiff's residual functional capacity; if warranted, obtain additional vocational testimony; and issue a de novo decision.

    Dated at Milwaukee, Wisconsin this 13th day of October, 2020.

s/ Brett H. Ludwig
BRETT H. LUDWIG
United States District Judge